# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 2:20-bk-50319 |
| Kasey R. Hunt | Chapter 7 |
| Debtor. | Judge C. Kathryn Preston |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ("Creditor"), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance was served **electronically** on January 27, 2020 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on January 27, 2020 addressed to:

Kasey R. Hunt, Debtor
7260 Tarlton Road
Circleville, OH 43113

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor